Arlene Gordon-Oliver & Associates, PLLC.
Attorneys for the Debtor
199 Main Street, Suite 203
White Plains, New York 10601

Arlene Gordon-Oliver, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                               Chapter 13
                                                     Case No.16- 23270 RDD

Beatrice Standback,

                            Debtor.
------------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY

      Arlene Gordon-Oliver, duly admitted to practice before this Court, affirms under the penalties of perjury as follows:

      1. I am the attorney for the debtor and am fully familiar with the facts stated herein.

      2. This is a chapter 13 case.

      3. This motion seeks to extend the automatic stay pursuant to 362(c)(3)(B) and the Bankruptcy Court's decision in In re Warneck, 336 B.R. 181, (S.D.N.Y. 2006).

      4. For the reasons set forth by the Court in Warneck, this second case filed by the debtor was filed in good faith.

      5. There is no presumption of bad faith in this case. The Debtor was not a debtor in more than one previous case that was pending in the year prior to the filing; the debtor was not ordered to provide adequate protection; the prior case had not been confirmed; there is no evidence that the Debtor failed to file or amend her petition, or other documents in the first case.

      6. The Debtor's Chapter 13 proceeding was dismissed on March 28, 2016, on the

Debtor's voluntary application to the Court for the reasons stated in the Debtor's Affidavit of Changed Circumstances annexed hereto.

7. However, there is a substantial change in circumstances. Attached hereto is an affidavit by the Debtor evidencing that the Debtor believes that she will now have sufficient income to fund her Chapter 13 Plan.

8. There is no reason to believe that this case will not be successful.

WHEREFORE, it is respectfully submitted that this Court extend the automatic stay without limitations.

Dated:  White Plains, NY
         September 22, 2016

                                                      ___/s/ Arlene Gordon-Oliver_____
                                                      Arlene Gordon-Oliver

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                         Chapter 13
                                                                                    Case No.16- 23270 RDD

Beatrice Standback,

                                                    Debtor.
---------------------------------------------------------------X

## ORDER EXTENDING THE AUTOMATIC STAY

APPLICATION HAVING BEEN MADE to this Court by the Debtor by Notice of Motion seeking to extend the automatic stay as to all creditors, and it appearing that notice of said motion having been served upon the creditors, the Chapter 13Trustee and the U.S. Trustee; and this matter having come before the Court on _____, 2016 and the Debtor and her counsel Arlene Gordon-Oliver appearing in support thereof and there being no opposition thereto; and argument being heard thereon; and upon due deliberation, it is

ORDERED, that the application shall be, and hereby is granted; and it is further

ORDERED, that the automatic stay is extended as to all creditors for the duration of this case with no limitations.

Dated:  White Plains, New York
              _____ 2016

                                                          _____
                                                          Honorable Robert D. Drain
                                                          United States Bankruptcy Judge