Arlene Gordon-Oliver & Associates, PLLC.
Attorneys for the Debtor
199 Main Street, Suite 203
White Plains, New York 10601

Arlene Gordon-Oliver, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                    Chapter 13
                                          Case No.16- 23270 RDD

Beatrice Standback,

                              Debtor.
-------------------------------------------------------------X

## AFFIDAVIT OF CHANGED CIRCUMSTANCES

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

1. I, Beatrice Standback, the above captioned debtor (the "Debtor") declares under penalty of perjury that the following is the Debtor's changed circumstances warranting the refilling of my Chapter 13 proceeding.

2. I reside at 172 Elm Avenue, Mount Vernon, NY 10550, New York (the "Property").

3. I previously filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 4, 2015, in order to stay a foreclosure sale of my Property.

4. However, as a result of my tenant vacating my Property I could not remain current on my Chapter 13 Plan payments to the Chapter 13 Trustee or complete the modification process that I had commenced with my secured creditor.  As a result, I voluntarily requested that my Chapter 13 case be dismissed and on March 28, 2016 the Court entered an order dismissing my Chapter 13 case.

5. Fortunately I have been able to re rent the apartment after my case was dismissed. I now have a new tenant who pays rent timely and consistently.

6. I refilled my Chapter 13 petition in order to stay the foreclosure sale and because I am now in a position to keep current on my plan payments to the Chapter 13 Trustee and to proceed with my efforts to modify my mortgage.

      /s/Beatrice Standback
      Beatrice Standback

Sworn to before me this
22nd day of September 2016

*Veronica H Carrasquillo*
Notary Public, State of New York
No. 01CA6292025
Qualified in Westchester County
My Commission Expires Oct. 27, 2017